UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Jereme Myles Beardall
_____
*(Enter full name of plaintiff)*

Plaintiff,

v.

City of Hillsboro
Washington County
Sheriff Garrett
_____
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:19-cv-00489-YY
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes  ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: Jereme Myles Beardall
Street Address: 678 S 18th
City, State & Zip Code: Cornelius, OR 97117
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                     1
[Rev. 01/2018]

**Defendant No. 1**   Name: City of Hillsboro
Street Address: 150 SW first Ave
City, State & Zip Code: Hillsboro, OR 97123
Telephone No.: _____

**Defendant No. 2**   Name: Washington County Jail
Street Address: 215 SW Adams Ave
City, State & Zip Code: Hillsboro, OR 97123
Telephone No.: _____

**Defendant No. 3**   Name: Sheriff Garrett
Street Address: 215 SW Adams Ave
City, State & Zip Code: Hillsboro, OR 97123
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Oregon statutory and federal constitution Amendments 1-15

## III. STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Washington County has been holding me against my will since Nov. 05, 2018. I have lost everything from my family, my house, Job, Truck. This experience has led me days without sleep, Overtly stress out, mental anguish that leads me to lash out and not even know or remember why. My trust and faith in the hands of Washington County for truth and Justice has all gone away, for they hold zero Truth or Justice they only incriminate there citizens and offer a "Grid block" sentences based upon someones criminal background and a one sided story. If anyone trys to fight a case they force the public defence office to find any evidence to prove the "Hear say" is wrong.

### Claim II

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Sheriff Garrett has been holding me against my will since Nov. 05, 2018 allowing his officers to incriminate me on only

"Hear say", and no evidence to prove any reasonable doubt other than dephimisium of character and incrimination. I've suffered loss of my family, I've lost everything. My truck, Job, cloths, tools, respect and reputation from friends, coworkers, community members, I have zero Trust and faith in Washington County Police officers that leads me to endless nights, deep depression, anxiety. I'm in fear for my childrens welfare. I'll literally walking out the jail door with not even a wallet or state ID and zero dollars my bank has dropped me & no longer have a checking account.

### Claim III

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

The city of Hillsboro has been holding me against my will since Nov. 05, 2018. I've lost everything from respect of friends, family, nebors, and Community members. I lost my house, my truck, all my cloths, all my tools. I literally will be walking out of Jail with only the cloths I came in wearing. This has left me in deep mental anguish, endless Nights without sleep. I wake up in tears. I'm losing the last days my Grandfather will be alive. My father is gone into surgery everyday is a rollercoaster of mixed emotions. All I can do is focus all my time

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

On washing dishes as I'm the dish washer for Washington County Jail I wash dishes for 6 hours a day 7 days a week and I only get to use the phone to call attorneys, or people to help my case from 9:45 am til 10:30 am. I get no visits during work hours from 11:30 am til 6:00pm. By the time I get off work no attorneys offices are open. I get no pay or extra time out my cells. They don't even offer it a way to lower bail amounts. Over all this has open my eyes to notice only county officals, county workers or mid to upper class citizens get the proper counsel. The lower class gets pushed in to a "Grid Blocks" sentence thats based upon a one sided story and a criminal background. There is little to "No" actual investigative work done before they accuse the citizens in the Washington County area. The District Attorneys office forces the Public defense office into figuring out if the "Hear say" is actually true or false. By these actions the city of Hillsboro has been wrongfully incarcerating not only me but anyone with similar cases with "Hear say" as being there only evidence.

This system has damaged my whole adult life thus so far. The District Attorneys office and Public defense only pushes plee deals out. and anyone going to trial are forced out of there fast and speedy rights and are held up to six months in hopes of waiting the accused out and ultimatly breaking him or her down in to taking a last minute plee deal. This case I'm against now is a perfect example.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like the courts to make the Police officers do full investigation, before they are allowed to incriminate. I would like the Washington County to pay the Court Appointed Counsel hourly pay to insure each person accused gets proper and adequate counsel. I would like "Plea offers" only offered after Both sides of the story are fully met. I would like $748,000.00 from each for mental anguish totaling $2,244,000.00 and $900.00 a day for Wrongful incarceration and punitive damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of March, 2019.

STATE OF OREGON )
                ) ss.
County of Washington)

This instrument was acknowledged before me on March 28, 2019 by Jereme Myles Beardall.

(Signature of Plaintiff)

its (Prisoner Complaint)

Kimberly A Freed
Notary Public for Oregon
My commission expires: 4/3/2020

OFFICIAL STAMP
KIMBERLY A FREED
NOTARY PUBLIC - OREGON
COMMISSION NO. 949001
MY COMMISSION EXPIRES APRIL 03, 2020

①

Dear United States District Courts,   3/31/2019

    My name is Jereme Myles Beardall. I'm pleading for my life. Ever since I was 17 years old I have been Misguided by the Washington County. I grew up without much guidence I Neglected school from elementry all the way threw highschool. I never knew what the laws were and at the time I put all my trust and hope into the Counsel Washington County appointed. I was always guided into a Plea deal, without proper investegations done. It was all based upon a one sided story that now being 33 and never been off parol since I was first convicted at age 17 highly regret.

    Its already Known Oregon District Attorney offices force the Public defence into only pushing plea offers and never searching for "Truth and Justice." I would like to be one of the first to sue them for "inadequte Counsel" and Wrongful incarceration. Punitive damages and mental anguish.

    For starters let me break down to you whats been going on.

    My Parol Officer Tim DeMumbrum. Has sent squad units everytime I've been charged. My Public Defender never sends me my discovery and they offer me pleadeals with out even hearing my side of the story and they say every time. Because of my background, I will always be found Guilty. So I end up taking the Plee deal. Dec. 28, 2018 a Tillamook County Judge

tryed to coerce me in to taking a plea deal. Asking my "whats wrong with the plea offer? would you rather have 50 days then 60? I mean we can work something out here?" Those were her exact words at around 10:15 AM Dec. 28. 2018 in Tillamook County Courts. I told her no I want to go to Trial.

Jan. 16, 2019 all charges were dismissed saying they can not find the victim. After Dec. 28th 2018 the District Attorneys office checked the box stating victim was notified. They lied!

Jan. 17, 2019 I return back to Washington County Jail. I was put back as worker in the Kitchen. Everyone welcome me back and asked how it went. I said they could not locate Anna Nicole Burt. One of the "line" Guys says is this her? and showed me a tag we put on special trays. She was in Jail the whole time. Tillamook County had zero evidence on me they only held me for the same reason Washington County is holding me. Cause I have a criminal back ground. I was illegally held from Dec. 17, 2018 til Jan. 17, 2019 in Tillamook County Jail.

Nov. 13. 2018, Michele Scholl is the Washington County Hearings officer who gave me my Hearing I plead No contest to violating my Post Prison Supervision. Tim DeMumbrum said I failed to report and asked for 5 days for me to serve. Michele Scholl pulled Police reports from Tillamook County



that I nor my Parol officer have seen and she found
a Guilty and issued me a 120 day revocation when I
only had 34 days left on my Post Prison Supervision.
   I had no police contact in Tillamook County
nor did they have any evidence other than "Hear Say"
and Tillamook County violated my rights to trial for not
having Anna Nicole Burt transfered from Washington County
Jail to Tillamook for Trial Jan. 17. 2019.
   I wrote Oregon State Parol Board and you can look
it up (Wash/5228)<Parol office/caseload.>
   Tim DeMambrum my Parol officer has been sending
false Police reports to Oregon State Parol Board. If you
read what Michele Scholl wrote on the PPS order about
Case No: 18CR06120 Harassment what Michele Scholl and
Tim DeMambrum are saying happened is not what I pleed Guilty
too. I never ever recieved the Discovery on that case.
You need to Pull the "Record" from what was said in
court that day. Its all I ever knew about the
allegations or I'd have never pled Guilty. They are sending
reports that discriminate me only to make me higher on the
risk scale. I should be a level one if anything.
   Now Washington County case No. 18CR75859 are also
holding me on "Hear Say" and I have filed false Police reports.
I turn Cooper Mountain Spruce in to B.o.l.i. I sent
my whole Discovery to Mersha Jossy Administrative Specialis
she is working on collecting my unpaid wages. I explained to

Sgt. Ashenfelter, Lt. Massey and Cmndr. Degman. That this lady has committed fraud and exactly what happened. If you type in "Vintage Pearl Drum set" on Google and hit the "shopping" icon. The most expencive drum set on Google is this Maroon "in color" Pear Drum set that cost $4,000. Roberta Warner lied threw out the Police report and If you ask Marsha Jossy to send you copys of everything I have sent her you too will find the Cornelius Police department never did any investigat they just took Roberta Warners "Heard Say" and they incriminated me with out any Hard evidence other then Roberta Warner fraudilly the checks she cleared threw my bank Wellfargos fraud process cause she had no money in the Bank a Month later she went to her bank Columbia Sep. 16. 2018 and made false fraud claim then went to the Cornelius Police station said I broke into the house stole 4 company checks and a Maroon Pearl drum set worth $4,000. This whole thing has cost me everything All this is, is Washington Countys way to fill there Jails to get more money from the Government. There is no truth and Justice

I'm begging for my life. They've had me trapped since age 17! Please Help me.